# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DOES,
B.H. and R.H., Parents of B.H.                                   PLAINTIFFS

v.                       No. 4:18-cv-855-DPM

VILONIA SCHOOL DISTRICT                                          DEFENDANT

## JUDGMENT

The Court enters judgment for Brandon and Rose Harris, the parents of B.H., against the Vilonia School District for one hundred six hours and thirty minutes of compensatory education services in the amount of $ 3,727.50, plus a reasonable attorney's fee and costs as allowed by law. Any motion for fees and costs is due by 10 April 2020. This Judgment shall bear interest at a rate of 0.62% per annum until paid in full. 28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

10 March 2020