IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES,
B.H. and R.H., Parents of B.H.                          PLAINTIFFS

v.                        No. 4:18-cv-855-DPM

VILONIA SCHOOL DISTRICT                                 DEFENDANT

ORDER

The parties having not resolved the fees/costs issue, the Court must decide it. The parents' motion, Doc. 25, is partly granted and partly denied. All material things considered, Hensley v. Eckerhart, 461 U.S. 424, 440 (1983), the Court awards $400 in costs and $25,628.40 as a reasonable attorney's fee. The filing fee is the only documented cost. The hourly rates this Court has awarded in these kinds of cases in the last few years continue to reflect the expertise, complexity, and risk involved, as well as the Eastern District's market. The Court overrules the parents' request for more than $250/hour for Ms. Caldwell and more than $180 for Mr. Fendley. The Court appreciates the pre-motion reductions, though they're unquantified and thus difficult to weigh. The Court found this to be a nuanced child-find dispute. The parents did not recover all they sought, but they did prevail and secure some compensatory education for their son. The material facts developed over the two-year period. And the Court does not see how the whole

could have been meaningfully trimmed down much.  To account for the limited success, some excessive time, and some duplication, the Court's award discounts the request for Ms. Caldwell's time by fifteen percent and Mr. Fendley's time by ten percent.  An Amended Judgment, taxing the entire award as costs, will issue.  20 U.S.C. § 1415(i)(3)(B)(i).

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 June 2020