# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DOES,
**B.H. and R.H., Parents of B.H.**                                   PLAINTIFFS

v.                              No. 4:18-cv-855-DPM

**VILONIA SCHOOL DISTRICT**                              DEFENDANT

## AMENDED JUDGMENT

The Court enters judgment for Brandon and Rose Harris, the parents of B.H., against the Vilonia School District for one hundred six hours and thirty minutes of compensatory education services in the amount of $3,727.50, plus a reasonable attorney's fee and costs of $26,028.40.   The fee and costs are taxed as costs.   20 U.S.C. § 1415(i)(3)(B)(i).  This Amended Judgment shall bear interest at a rate of 0.17% per annum until paid in full.  28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

_9 June 2020_